J. S22006/21

Filed 10/14/2021

**IN THE SUPERIOR COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 85 MDA 2021
                          :
                          :
               v.                  :
                          :
                          :
ERIC JOHN DOMMEL                  :
                          :
             Appellant           :

## ORDER

IT IS HEREBY ORDERED:

THAT upon consideration of the application for reargument filed September 10, 2021 in this appeal, the Court hereby grants **panel reconsideration**;

THAT the decision of this Court filed August 27, 2021, is hereby withdrawn; and

THAT the parties need not file any additional briefs.

                                        PER CURIAM